UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| SHERMAN DOUGLAS PERRY, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7: 17-044-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| KATHY LITTERAL, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

2. Judgment is entered in favor of the Respondent with respect to all issues presented in the petition.

3. A Certificate of Appealability shall not issue.

4. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 22nd day of June, 2017.

